UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

SHAWN A. CRAFT
Plaintiff

v

No. 1:25-cv-00213-TWP-CSW

GEO GROUP et al,
Defendants.

PRISONERS CIVIL RIGHTS COMPLAINT
42 U.S.C. § 1983

## I. JURISDICTION & VENUE

1. This is a civil action authorized by 42 U.S.C. Section 1983, to redress the deprivation, under color of state law, of rights secured by the Constitution of the United States. This Court has jurisdiction under 28 U.S.C. Section 1331 and 1343(a) 3 and Supplemental Jurisdiction under Section 1367(a).

1

2. <u>Southern District, Indianapolis Division of the United States District Court</u>, is the appropriate venue because the events given rise to this claim originated at the <u>New Castle Correctional Facility, located at 1000 Van Nuys Road P.O. BOX # A New Castle, IN. 47362</u>.

## II. PLAINTIFF'S INFORMATION

3. <u>Plaintiff</u>, <u>Shawn Craft</u>, is a prisoner of the State of Indiana, in custody of the Indiana Department of Corrections. Plaintiff is currently confined at the <u>New Castle Correctional Facility, located at 1000 Van Nuys Road P.O. BOX # A New Castle, IN. 47362</u>.

## III. DEFENDANTS INFORMATION

4. <u>Defendant</u>, <u>GEO GROUP INC.</u>, is the entity that operates the <u>New Castle Correctional Facility</u> and can be contacted at the <u>New Castle Correctional Facility</u> located <u>at 1000 Van Nuys Road P.O. BOX #A New Castle, IN. 47362</u>.

5. <u>Defendant</u>, <u>Capt. Lunsford</u>, is a correctional Captain, at the <u>New Castle Correctional Facility</u> located at <u>1000 Van Nuys Road P.O. BOX A New Castle, IN. 47362</u>.

6. **Defendant**, **Sgt. Freeman**, is a correctional Sgt. at the New Castle Correctional Facility, located at 1000 Van Nuys Road P.O. BOX # A New Castle, IN. 47362.

## IV. FACTS

7. On January 30, 2023 I was threatened by offender Josh Hahn. After recreation concluded I pushed the intercom in my cell and requested to speak to Captain Lunsford. The responding officer told me "no" and then isolated my intercom preventing me from access to the control booth.

8. I waited until the next shift to come in at 6pm. I then hit the button and asked to speak to the Captain. I was told no Captain was available. I was advised that day shift problems should be handled on day shift.

9. The next day (January 31, 2023) I saw Captain Lunsford in the hallway during medication/insulin pass. I explained what happened the day prior and expressed my fear that Josh Hahn would carry out his threat and harm me. Capt. Lunsford informed me that he would talk to Sgt. Freeman and have offender Hahn moved that day. However, he was not moved that day.

3

10. The following day (Feb. 1, 2023) Sgt. Freeman went to offender Hahn's cell and told him that he would be moving because I had snitched on him. He said this loud enough for the entire day room to hear him. Offender Hahn immediately started yelling out of his door to the other offenders in the unit that I had snitched on him to Capt. Lunsford and got him moved. Sgt. Freeman walked down the stairs laughing.

11. A little while later Sgt. Freeman went back to offender Hahn's cell and opened his door. Hahn ran around the range to my cell calling me a snitch and threatening to beat my ass right in front of Sgt. Freeman.

12. Later in the afternoon I was let out of my cell to get my medication (afternoon insulin). As I was walking out the door Sgt. Freeman was walking in. As soon as he entered the unit he opened offender Hahn's door for him to move. While I was in the hallway for meds offender Hahn came out with some of his property. He walked up to me and threatened me again in front of Sgt. Freeman. Sgt. Freeman never intervened or directed Hahn to stop. Offender Hahn began to push the property cart to pod 3 and turned around and

4

punched me in the eye. At the same time I felt my ankle snap as I fell down. Sgt. Freeman never tried to intervene or help me. Lt. Krul came to help me.

13. I was then placed in a wheelchair and taken to medical. I had to have my eye glued shut. After X-ray it was determined that my ankle was broken. The assault is on video.

## V. EXHAUSTION OF REMEDIES.

14. I filed grievance #151190 concerning the acts referenced in this complaint. Grievance #151190 is fully exhausted. I also contacted Geo legal adviser Brian Van Denert and requested all camera footage be preserved.

## VI. CLAIMS FOR RELIEF

15. Defendant, Geo Group Inc, acting under color of state law, showed deliberate indifference to plaintiff's right against cruel and unusal punishment by maintaining a culture and practice of ignoring threats to inmates, including the Plaintiff. This is in violation of the Eighth Amendment of the U.S. Constitutions and a violation of Indiana

5

law, under Monell.

16. Defendant, Lunsford, acting under color of state law, showed deliberate indifference to plaintiff's right to be protected, when he failed to immediately remove a known threat to the plaintiff, as a result offender Hahn was allowed to have close proximate access to the Plaintiff and assault him. This is in violation of the Eighth Amendment of the U.S. Constitution and constitutes negligence under Indiana common law.

17. Defendant, Sgt. Freeman, acting under color of state law, showed deliberate indifference to plaintiff's right to be protected, when he informed another offender that the plaintiff snitched on him. When offender Hahn threatened Mr. Craft in front of Sgt. Freeman he did nothing to intervene and he, after knowing of said threat, allowed offender Hahn access to Mr. Craft to assault him and even then he did not intervene or help Mr. Craft. This is in violation of the Eighth Amendment of the U.S. Constitution and constitutes negligence under Indiana common law.

6

## VII. BELIEF REQUESTED

WHEREFORE, the Plaintiff requests that this Court grant the following relief:

A. <u>Compensatory Damages</u>: In the amount of one hundred thousand dollars for 8th Amendment violations.

- In the amount of five hundred thousand for state law violations.

B. <u>Damages for Pain/Suffering & Emotional Distress</u>: In the amount of three hundred thousand dollars.

C. <u>Punitive Damages</u>: In the amount to be determined by a jury.

D. <u>Trial by jury</u>

Respectfully Submitted

Shawn Craft # 111252/M2-108A
Plaintiff Pro Se,

7

## CERTIFICATE OF SERVICE

I, hereby, certify, that a true and correct copy of the foregoing Civil Rights Complaint, was served upon the U.S. District Court Clerk, Roger A.G. Sharpe, at 105 Birch Bayh Courthouse 46 East Ohio Street, Indianapolis, IN. 46204, by way of U.S. postal service with prepaid postage properly affixed this 23rd day of January 2025.

Shawn Craft # 111252/MZ108A
New Castle Correctional Facility
1000 Van Nuys Road
New Castle, IN. 47362

8